UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN BROWN | * | CIVIL ACTION |
|     Plaintiff | * | |
| | * | |
| VERSUS | * | NO. 2:11-cv-02552-NJB-DEK |
| | * | |
| WAL-MART STORES, INC. AND | * | SECTION |
| XYZ INSURANCE COMPANY | * | |
| | * | |
|     Defendants | * | MAGISTRATE JUDGE |
| | * | |

### ORDER

**IT IS ORDERED,** that the above entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 10th day of December, 2012.

_Nannette Jolivette Brown_
J U D G E